UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GREGORY J. VISCO,

                              Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------x

**FILED**
**CLERK**

1:00 pm, Jan 06, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No.: 2:20-cv-04788

(Azrack, J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, GREGORY J. VISCO, and counsel for Defendant, COMMISSIONER OF SOCIAL SECURITY (the Commissioner), that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision dated June 28, 2019, is reversed, and Plaintiff's claim for disability benefits filed on August 21, 2017, is remanded for further administrative proceedings. Upon remand, the Commissioner will: (1) offer the plaintiff the opportunity for a new hearing; (2) take further action to complete the administrative record; and (3) issue a new decision.

*Visco v. Commissioner, 2:20-cv-04788-JMA Stipulation and Order of Remand*

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: July 6, 2021

By:

HOWARD D. OLINSKY, ESQ.
*Attorney for Plaintiff*
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, New York 13202

_/s/ Howard D. Olinsky_
HOWARD D. OLINSKY
(315) 701-5780
holinsky@windisability.com

Dated: July 6, 2021

By:

JACQUELYN M. KASULIS
*Attorney for Defendant*
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

_/s/   Frank D. Tankard_
FRANK D. TANKARD
Special Assistant United States Attorney
(816) 936-5933
frank.tankard@ssa.gov

SO ORDERED:

_/s/ JMA_         1/6/2022

JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE